SO ORDERED.

Dated: November 30, 2020



Madeleine C. Wanslee
**Madeleine C. Wanslee, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 7 |
| GARRETT, BRIAN J. | CASE NO. 12-bk-15192-MCW |
| Debtor(s) | ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $1,075.23 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

**DATED AND SIGNED ABOVE**